John Westwood, defendant in error, v. Rose Bodington, plaintiff in error. Gen. No. 34,566.

Opinion filed March 24, 1931. Rehearing denied April 6, 1931.
Charles J. Trainor, for plaintiff in error. Ernest C. Reniff, for defendant in error.
Mr. Justice Gridley delivered the opinion of the court.

Harry Englestein, plaintiff and appellee, v. Dr. Simmons C. Hamilton and Dr. Clarence H. Payne, defendants, on appeal of Dr. Simmons C. Hamilton, appellant. Gen. No. 34,573.

Opinion filed March 24, 1931.
Morris & Cashin, for appellant; Thomas P. Harris, of counsel. Samuels, Lawton & Wittelle, for appellee; David Brandwein, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

Joseph A. Laibl, appellee, v. Jerome P. Zelenka, appellant. Gen. No. 34,158.

Opinion filed March 24, 1931.
Charles T. Palmer, for appellant. Moss & Ellman, for appellee; Walter E. Moss, of counsel.
Mr. Justice Kerner delivered the opinion of the court.

Peter J. Manusos, defendant in error, v. Martin Grosby, plaintiff in error. Gen. No. 34,492.

Opinion filed March 24, 1931.
Irwin Grossman, for plaintiff in error; Ben A. Stewart, of counsel. M. L. Carmody, for defendant in error.
Mr. Justice Kerner delivered the opinion of the court.